UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REX S. GUNTHER,                        )
                                       )
    Plaintiff,                         )
                                       )
    v.                                 )      Case No. 4:26-cv-00347-SRC
                                       )
DONNA ANDERSON and SMMHC,              )
                                       )
    Defendants.                        )

## Order

On March 18, 2026, the Court ordered Rex S. Gunther to, no later than May 4, 2026, (1) either pay the $405 filing fee or file an application to proceed *in forma pauperis*, and (2) file a signed amended complaint on the proper form.  Doc. 3 at 2 (The Court cites to page numbers as assigned by CM/ECF.).  On April 9, 2026, Gunther filed a letter in response to the Court's March 11, 2026 Order about compliance with the undersigned's Judge's Requirements.  Doc. 4.  Gunther explains that his facility is restricting his computer use and limiting his telephone use.  *Id.* at 1.  He states he cannot "do any references of your Requirements concerning any actions needed thru [sic] a computer," and indicates his difficulty communicating via telephone.  *Id.*  He concludes by stating he would be required to follow his facility's rules during the pendency of this litigation.  *Id.*  Gunther did not mention the Court's March 18 Order or reference the obligations set forth therein.  *See id.*

A district court "may, on its own motion, dismiss an action for failure of the plaintiff to comply with any order of the court."  *Haley v. Kan. City Star*, 761 F.2d 489, 490 (8th Cir. 1985) (citations omitted); *see also* Fed. R. Civ. P. 41(b).  Here, Gunther has not complied with the

Court's March 18, 2026 Order or expressed an intent to do so.  The Court finds that Gunther's failure to comply with the Court's March 18, 2026 Order warrants dismissal.

Accordingly, the Court dismisses this action without prejudice.  A separate Order of Dismissal accompanies this Memorandum and Order.

So ordered this 21st day of May 2026.

SL R. CR
_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE